JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL, | ) CASE NO. CV 17-878-SJO (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: <u>March 17, 2017</u>

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA17CV00875-SJO-Judgment JS6.wpd